UNITED STATES of America,
Plaintiff–Appellee,

v.

Francisco GAMBOA–FLORES, also known as Manuel Gonzalez–Florez, Defendant–Appellant.

No. 05–50833.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 24, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Francisco Gamboa–Flores raises arguments that are foreclosed by *Almenda-*

rez–Torres v. United States, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.